JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO, SBN NY 2616118
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8983
    Facsimile: (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN STANLEY ALLEN,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | No. 4:09-cv-02419-CW<br><br>ORDER GRANTING<br>STIPULATION FOR REMAND<br>PURSUANT TO SENTENCE FOUR<br>OF 42 U.S.C. § 405(g), AND REQUEST<br>FOR JUDGMENT IN FAVOR OF<br>PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to take the following actions:

    The ALJ will grant Plaintiff a new hearing, and Plaintiff may submit new evidence. The ALJ will make a de novo decision, again performing the full five-step sequential evaluation process, and will consider any issues that Plaintiff wishes to raise.

    Specifically, the ALJ will be directed to obtain supplemental vocational expert testimony regarding the jobs, if any, that Plaintiff can perform given the mental and physical limitations that

the ALJ found Plaintiff to have. The ALJ's hypothetical question to the vocational expert must reflect all the limitations that the ALJ included in his residual functional capacity finding.

The parties stipulate that no specific aspect of the ALJ's prior decision will be affirmed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 30, 2009        */s/ David J. Linden*
                               (as authorized via e-mail)
                               DAVID J. LINDEN
                               Attorney for Plaintiff

                               JOSEPH P. RUSSONIELLO
                               United States Attorney

Dated: November 3, 2009        By *s/ Leo R. Montenegro*
                               LEO R. MONTENEGRO
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

OF COUNSEL TO DEFENDANT:

DANIEL P. TALBERT
Assistant Regional Counsel, Region IX
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: 11/4/09                 [signature: Claudia Wilken]
                               CLAUDIA WILKEN
                               UNITED STATE DISTRICT JUDGE