JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 84088
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN STANLEY ALLEN, | ) | CIVIL NO. 09-02419-CW |
|     Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
|   v. | ) | THE AWARD OF ATTORNEY'S FEES |
| | ) | PURSUANT TO THE EQUAL ACCESS TO |
| MICHAEL J. ASTRUE, | ) | JUSTICE ACT, 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |
| ———————————————— | ) | |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) application is hereby withdrawn.

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of SIX THOUSAND dollars and 0 cents ($6,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SIX THOUSAND dollars and 0 cents ($6,000.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action. Any payment shall be made payable to Plaintiff, and delivered to P.O. Box 5780, Napa, California, 94581.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted February 5, 2010.

Respectfully submitted,

Dated: February 5, 2010                 /s/ David J. Linden
                                        (As authorized via email)
                                        DAVID J. LINDEN
                                        Attorney for Plaintiff Martin Stanley Allen


                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Date: February 5, 2010          By s/ Daniel P. Talbert
                                        DANIEL P. TALBERT
                                        Special Assistant U. S. Attorney

                                        Attorneys for Defendant Michael J. Astrue

1 ORDER

2 APPROVED AND SO ORDERED.

3

4 DATED: _____    2/9/10

5

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3