```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT, SBN OH 84088
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone:  (415) 977-8926
        Facsimile:  (415) 744-0134
        E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN STANLEY ALLEN,           )<br>          Plaintiff,                              )<br>                                                )<br>     v.                                          )<br>                                                )<br>MICHAEL J. ASTRUE,              )<br>Commissioner of Social Security, )<br>          Defendant.                        )<br>_____)  | CIVIL NO. 09-02419-CW<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) application is hereby withdrawn.

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of SIX THOUSAND dollars and 0 cents ($6,000.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of SIX THOUSAND dollars and 0 cents ($6,000.00) in EAJA fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this civil action.  Any payment shall be made payable to Plaintiff, and delivered to P.O. Box 5780, Napa, California, 94581.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted February 5, 2010.

Respectfully submitted,

Dated: February 5, 2010        */s/ David J. Linden*
                               (As authorized via email)
                               DAVID J. LINDEN
                               Attorney for Plaintiff Martin Stanley Allen


                               JOSEPH P. RUSSONIELLO
                               United States Attorney

Date: February 5, 2010     By *s/ Daniel P. Talbert*
                               DANIEL P. TALBERT
                               Special Assistant U. S. Attorney

                               Attorneys for Defendant Michael J. Astrue

| | |
|---|---|
| 1 | ORDER |
| 2  APPROVED AND SO ORDERED. | |
| 3 | |
| 4  DATED: _2/9/10_____ | _____ |
| 5 | CLAUDIA WILKEN |
|   | UNITED STATES DISTRICT JUDGE |

3